UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAN ORTIZ,

    Plaintiff,

v.

GENCO I, INC., et al.,

    Defendants.

Case No. 16-cv-04601-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | December 1, 2017 |
| PLAINTIFF CLASS CERTIFICATION MOTION FILED MAY 30, 2016; OPPOSITION JUNE 27, 2018; REPLY FILED JULY 18, 2017. HEARING ON MOTION: | August 8, 2017 at 2:00pm |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Plaintiff: January 5, 2018<br>Defendant: January 26, 2018<br>Rebuttal Reports: February 9, 2018 |
| EXPERT DISCOVERY CUTOFF: | March 9, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: 35 day notice. | Filed by March 27, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, June 1, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 8, 2018 |
| PRETRIAL CONFERENCE: | Friday, June 22, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 9, 2018 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, June 5, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the
4  Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing
5  shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.
6  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page
7  JOINT STATEMENT confirming they have complied with this requirement or explaining their
8  failure to comply.  If compliance is complete, the parties need not appear and the compliance
9  hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have
10 submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

11    The parties must comply with both the Court's Standing Order in Civil Cases and Standing
12 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
13 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14    **IT IS SO ORDERED.**

15 Dated: November 23, 2016

16   _____
17   YVONNE GONZALEZ ROGERS
     United States District Court  Judge