UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAN ORTIZ,

        Plaintiff,

   v.

VOLT MANAGEMENT CORP., et al.,

        Defendants.

Case No. 16-cv-07096-TEH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Ortiz v. Genco I, Inc.*, Case No. 16-cv-04601-YGR.

**IT IS SO ORDERED.**

Dated: 01/24/17

_____
THELTON E. HENDERSON
United States District Judge