# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAN ORTIZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**GENCO I, INC.,**<br><br>Defendant. | CASE NO. 16-cv-04601-YGR<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE AND SCHEDULING ISSUES; VACATING DEADLINE FOR CLASS CERTIFICATION FILING**<br><br>Re: Dkt. Nos. 37, 39 |

The Court is in receipt of the parties' joint discovery letter brief filed May 25, 2017 (Dkt. No. 39) and the stipulation and order requesting new dates (Dkt. No. 37), and **ORDERS** as follows:

1. the current May 30, 2017 deadline for filing the motion for class certification and all associated filing deadlines are **VACATED**;

2. the parties **SHALL APPEAR** at **8:30 a.m. on Tuesday, May 30, 2017**, in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland, prepared to discuss the discovery and scheduling issues. The parties shall bring with them any information relevant to these discovery and scheduling issues, including calendars for lead counsel.

**IT IS SO ORDERED.**

Dated: May 25, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**