UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ORTIZ,<br><br>   Plaintiff,<br><br>v.<br><br>GENCO I, INC.,<br><br>   Defendant. | Case No. 17-cv-03692-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to <u>Ortiz v. Genco I, Inc.</u>, Case No. 16-cv-4601-YGR.

**IT IS SO ORDERED.**

Dated: October 24, 2017

_____
JON S. TIGAR
United States District Judge